UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PLAINVILLE BOARD OF EDUCATION | : | CIVIL ACTION NO. 3:09 CV 00241 (RNC) |
| PLAINTIFF, | : | |
| vs. | : | |
| | : | |
| R.N., BY HIS PARENT AND NEXT FRIEND, | : | |
| MRS. H. | : | |
| DEFENDANT. | : | MAY 20, 2009 |

## PLAINTIFF'S EMERGENCY MOTION, ON CONSENT, TO FILE THE ADMINISTRATIVE RECORD UNDER SEAL

Pursuant to Local Rules 5(e)(4)(b) and 7(a)(3), the Plaintiff, the Plainville Board of

Education ("Board") hereby moves to seal the underlying Connecticut State Department of

Education Administrative Record for Case No. 09-0113 ("Administrative Record"), which

includes: (a) Documents AR-1 through AR-69; (b) Hearing Officer Exhibits 1 through 7; (c)

Board's Exhibits 1 through 274; and (d) Parent's Exhibits 1 through 164.  Although the

Administrative Record has not been filed with this Motion—pursuant to the Board's discretion

under Local Rule 5(e)(4)(b)—the Board has filed the following redacted indexes as exhibits to

this Motion: (a) Index of the Administrative Record, attached hereto as Exhibit A; (b) Index of

the Board's Exhibits, attached hereto as Exhibit B; and (c) Index of the Parent's Exhibits,

attached hereto as Exhibit C.[1]

---

[1] Exhibits A–C are attached simply to give the Court a general understanding of the size and contents of the Administrative Record.  Exhibits A–C may not, therefore, represent the entire contents of the Administrative Record or the entire Exhibits entered by the Board and the Parent at the administrative hearing.

**NO ORAL ARGUMENT REQUESTED**

As the present case is brought pursuant to the Individuals with Disabilities Education Act ("IDEIA"), specifically, 20 U.S.C. § 1415(i)(2), it is required that the Administrative Record be filed with the Court.  The Board, however, also has an obligation under both state and federal law to protect the confidentiality of R.N., the Defendant in this case.  Furthermore, the IDEIA provides R.N. with a right of privacy protected under the Fourteenth Amendment of the U.S. Constitution.  See Sean R. v. Board of Educ. of Woodbridge, 794 F. Supp. 467, 469 (D. Conn. 1992).

The Board estimates that over 95% of the Administrative Record—consisting of thousands of pages of documents —contains R.N.'s name and/or other personal information that would enable the public to ascertain R.N.'s identity.  The Administrative Record also contains R.N.'s protected health information.  Attempting to redact the entire Administrative Record would be unduly burdensome given the sheer volume of necessary redactions (absent the Administrative Record being sealed), as well as the quickly approaching deadline for filing dispositive motions in this case—namely, June 15, 2009.[2]  Even if it were possible to redact the entire Administrative Record, there is a substantial risk that some information would inadvertently not be redacted.  This risk would be alleviated if the Administrative Record were sealed, thereby securing R.N.'s right to privacy and ensuring that the Board does not violate the law.

The Board also certifies that, pursuant to a May 19, 2009 conversation with the

---

[2] It is also significant to note that the Board did not receive a complete copy of the Administrative Record from the Connecticut State Department of Education until on or about May 5, 2009.

Defendant's counsel, Piper Paul, Esq., R.N.'s Parent agrees that the Administrative Record should be sealed in this case to protect R.N.'s confidentiality.  Accordingly, the Defendant does not object to this Emergency Motion to File the Administrative Record under Seal.

In support of this Motion, the Board respectfully submits a Memorandum of Law, which is filed herewith.  In light of the quickly approaching deadline for filing dispositive motions in this case, as well as the May 18, 2009 Motion to Submit Additional Evidence, the Board respectfully requests expedited consideration of this Emergency Motion to File the Administrative Record under Seal.

WHEREFORE, the Board respectfully requests that this Court grant its Emergency Motion, on Consent, to File the Administrative Record under Seal.

Respectfully submitted by,
PLAINVILLE BOARD OF EDUCATION

By _____
Linda L. Morkan (ct03196)
Nicole A. Bernabo (ct19783)
Joshua L. Jackson (ct28008)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
lmorkan@rc.com
Direct (860) 275-8219
nbernabo@rc.com
Direct (860) 275-8394
jjackson@rc.com
Direct (860) 275-8235
Its Attorneys

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May, 2009, the foregoing Plaintiff's Emergency Motion, on Consent, to File the Administrative Record under Seal was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

_____
Joshua L. Jackson