UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PLAINVILLE BOARD OF EDUCATION : | CIVIL ACTION NO. 3:09 CV 00241 (RNC) |
|     PLAINTIFF, : | |
| vs. : | |
| : | |
| R.N., BY HIS PARENT AND NEXT FRIEND, : | |
| MRS. H. : | |
|     DEFENDANT. : | MAY 22, 2009 |

### PLAINTIFF'S EMERGENCY MOTION
### TO SEAL THE SUPPLEMENTAL EXHIBITS AND COMPLAINT EXHIBITS

Pursuant to Local Rules 5(e)(4)(b) and 7(a)(3), the Plaintiff, the Plainville Board of Education ("Board") hereby moves to immediately seal the supplemental exhibits, Exhibits A-H, accompanying its motion to submit additional evidence that was filed with this court on May 18, 2009 [Document 16], Exhibit A of the original Complaint [Document 1], and Exhibit A of the Amended Complaint [Document 9]. Although counsel acted with due diligence and intended to redact the confidential information contained in these records, the undersigned counsel was recently notified that through inadvertence some personally identifiable information was not redacted. Accordingly, the Board moves this court to immediately seal these identified exhibits.

In support of this motion, the Board has filed a brief memorandum of law herewith, and also incorporates the memorandum which was submitted in support of its motion to file the administrative record under seal on May 21, 2009. [Document 18].

HART1-1548357-1

WHEREFORE, the Board respectfully requests that the Court grant this Emergency Motion to Seal all the Supplemental Exhibits filed on May 18, 2009, Exhibits A-H. [Document 16], Exhibit A of the Complaint [Document 1], and Exhibit A of the Amended Complaint [Document 9]. In the alternative, the Board respectfully requests that these records be immediately sealed on a temporary basis to allow the Board to remediate any inadvertent errors with the filing resulting in the potential disclosure of confidential student information.

Respectfully submitted by,
PLAINVILLE BOARD OF EDUCATION

By  _____S/_____
Linda L. Morkan (ct03196)
Nicole A. Bernabo (ct19783)
Joshua L. Jackson (ct28008)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
lmorkan@rc.com
Direct (860) 275-8219
nbernabo@rc.com
Direct (860) 275-8394
jjackson@rc.com
Direct (860) 275-8235
Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May, 2009, the foregoing Plaintiff's Emergency Motion to Seal was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

___S/_____
Nicole Bernabo
