UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Plainville Board of Education : | CIVIL ACTION NO. |
| : | 3:09CV241 (RNC) |
| PLAINTIFF, : | |
| : | |
| vs. : | |
| : | |
| R.N., by his parent and next friend, Mrs. H. : | |
| : | |
| DEFENDANT. : | November 23, 2010 |

### DEFENDANTS' MOTION TO FILE DOCUMENT UNDER SEAL

Pursuant to Local Rule 5(e)(3) and 5(e)(4) of the Rules of the United States District Court for the District of Connecticut, defendant moves to submit for the record under seal a copy of the Settlement Agreement executed by the plaintiff and the defendant on September 8, 2010.  The Settlement Agreement contains a confidentiality provision and used the name of defendant Student.

Defendant asserts that the Settlement Agreement is critical to the Court's determination of what elements of the pending litigation have become moot due to the execution of this Agreement.  Defendant is also filing this day a Motion for Partial Judgment on the Pleadings, pursuant to FRCP Rule 12(c).  The determination of this Motion requires the Court to examine the Settlement Agreement.

A Memorandum of Law in Support of this Motion is attached.

ORAL ARGUMENT NOT REQUESTED

WHEREFORE, defendant respectfully requests permission to file the afore-described Settlement Agreement under seal.

          Respectfully submitted,
          The Defendant

          /s/   Andrew A. Feinstein
          Andrew A. Feinstein (ct11192)
          Andrew A. Feinstein, Attorney at Law, LLC
          86 Denison Avenue
          Mystic, Connecticut 06355
          (860) 572-8585
          (860) 572-0592 Facsimile
          feinsteinandrew@sbcglobal.net

**CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2010, a copy of the foregoing Motion and Memorandum of Law was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

/s/

Andrew A. Feinstein